**No. P67/39.**—Kroll Trading Co. et al. v. United States, protests 245917–K, etc. (New York).

RICHARDSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature hunting knives similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (56 Cust. Ct. 489, C.D. 2686), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 20, 1967

**No. P67/40.**—United China & Glass Co. v. United States, protest 59/8928 (Seattle).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 23, 1967

**No. P67/41.**—Joe King v. United States, protests 59/9041–S, etc. (Laredo).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of finger jointed moldings similar in all material respects to those the subject of *Best Moulding Corporation* v. *United States* (*Brown, Alcantar & Brown, Inc., Party in Interest*) (51 CCPA 7, C.A.D. 829), the claim of the plaintiff was sustained.